**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 25-6273**

───────────

WILLIAM PARKE CUSTIS,

Plaintiff - Appellant,

v.

ACCOMACK COUNTY SHERIFF'S OFFICE; WAYNE GREER, Lt. ACSO;
DONNIE WILLIAMS, Sgt. ACSO; KING, Sgt. ACSO; AMBER MARTIN, Cpl.
ACSO; JOHN DOE, Administrator AC JDR Court Services; ROLAND C.
LEIGHTON, AC JDR Court Clerk; BRANDIE KUNTZ, JDR Deputy Clerk;
BRENDA DIZE, JDR Deputy Clerk; KELSEY WILLIAMS, JDR Deputy Clerk;
ACCOMACK COUNTY JUVENILE AND DOMESTIC RELATIONS COURT
SERVICES UNIT; ACCOMACK COUNTY JDR CLERK'S OFFICE,

Defendants - Appellees.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at
Richmond.  David J. Novak, District Judge.  (3:24-cv-00141-DJN-MRC)

───────────

Submitted:  February 26, 2026                     Decided:  March 3, 2026

───────────

Before NIEMEYER and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit
Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

William Parke Custis, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Parke Custis appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 action for failing to comply with the court's order to file a particularized complaint.  We have reviewed the record and discern no reversible error.  Accordingly, we affirm the district court's order.  *Custis v. Accomack Cnty. Sheriff's Off.*, No. 3:24-cv-00141-DJN-MRC (E.D. Va. Mar. 19, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*